Elbert Mellon JR
589 Tifton Rd.
Gordon AL, 36343
         Plaintiff(s),

v.

Bill Rafferty
402 N. Oates St.
Dothan AL, 36303
         Defendant(s).

CIVIL ACTION NO.
1:23-CV-641-RAH-JTA

JURY DEMAND (MARK ONE)

☑ YES    ☐ NO

RECEIVED
2023 NOV -2 P 12: 16
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Elbert Mellon JR. ~~error Bill Rafferty~~ error 589 Tifton Rd. Gordon AL, 36343  334-435-8185

2. Name and address of defendant(s): Bill Rafferty 402 N. Oates St. Dothan AL, 36303

3. Place of alleged violation of civil rights: Gordon/Dothan

4. Date of alleged violation of civil rights: 2-2017-2018

5. State the facts on which you base your allegation that your constitutional [rights were] violated: Officer Rafferty stated I committed crime of theft and arrested me on 4/21/17 2N 13A-008-001 Felony. Ethics committee dismissed this on 2/27/18 He also took my car 2009 Ford Crown Vic Vin # 2FANP71V19X119679      Over

Rafferty had a piece of peper rolled up and pushed me in my chest and said "if you dont think we will put you in jail ask Governor Ben Singleman". Rafferty was the reporting officer and the investigator. He accused me of locking the council members out of the town hall building. ~~He~~ Then they took the keys to the building and city truck from me. Then I had to use my personal vehicle for the towns work.

6. Relief requested: $1 million dollars

Date: ✔ 10-2-23

✱ *Elbert Mitton*

Plaintiff(s) Signature