IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELBERT MELTON, JR., | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:23-CV-641-RAH-JTA |
| v. | ) |
| BILL RAFFERTY, | ) |
| Defendant. | ) |

**O R D E R**

On April 11, 2024, the Magistrate Judge granted Plaintiff Elbert Melton, Jr.'s request to proceed *in forma pauperis* and entered a Recommendation that this case should be dismissed without prejudice for failure to timely file suit within the applicable limitations periods, in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i). (Doc. 8.) On April 22, 2024, Plaintiff filed a document (doc. 9), which the Court has construed as an objection to the Recommendation.

After careful review and consideration of the Objection, and upon independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 8) is ADOPTED.

2. The Objection (doc. 9) is OVERRULED.

3. This case is DISMISSED without prejudice.

DONE, on this the 3rd day of May 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1