IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELBERT MELTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:23-CV-641-RAH-JTA |
| v. ) | |
| ) | |
| BILL RAFFERTY, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Order of the Court entered on this day adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, on this the 3rd day of May 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE